■ LOUIS CANALE et al., Plaintiffs, v JOHN E. KABEL, Defendant and Third-Party Plaintiff-Respondent-Appellant. B.R. DEWITT, INC., Third-Party Defendant-Appellant-Respondent, et al., Third-Party Defendants.—Order unanimously affirmed with costs to third-party plaintiff for reasons stated in decision at Supreme Court, Graney, J. (Appeals from Order of Supreme Court, Genesee County, Graney, J.—Dismiss Complaint.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.

■ In the Matter of DOMINICK NUCCIO, Appellant, v CITY OF ROME et al., Respondents.—Judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Judgment of Supreme Court, Oneida County, Shaheen, J.—Article 78.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.